**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6183**

---

FRANK COX,

Plaintiff - Appellant,

versus

GEORGE P. DODSON; MR. BRAXTON; RICHARD S.
WILSON; JIM COFFEE; PAM HINKLE; J. M. BEVINS;
DAVID B. BEACH; JOHN DOES; JANE DOES,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-5-R)

---

Submitted:  June 20, 1996                Decided:  July 1, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frank Cox, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cox v. Dodson</u>, No. CA-96-5-R (W.D. Va. Jan. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>